McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8956
     Facsimile: (415) 744-0134
     E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| SARATH SUON,<br><br>     Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>     Defendant. | Case No.: 2:19-cv-01654-KJN<br><br>STIPULATION AND ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

     On remand, the Appeals Council will assign this case to an administrative law judge (ALJ) for a new decision.  The Appeals Council will instruct the ALJ to give Plaintiff the opportunity to appear and testify at a new hearing.  It will instruct the ALJ to take further action, as warranted, to complete the administrative record.  It will also instruct the ALJ to evaluate the record evidence in accordance with the Commissioner's regulations.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: June 24, 2020                    LAW OFFICE OF JARED T. WALKER, PC

*/s/ Jared Thomas Walker by C.Chen\**
(As authorized by email on 6/24/2020)
JARED THOMAS WALKER
Attorneys for Plaintiff

Date: June 24, 2020                    McGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  June 25, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

suon.1654

2