McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM, CSBN 223876
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-Mail: Wyeth.McAdam@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| SARATH SUON, <br><br>    Plaintiff, <br><br>vs. <br><br>ANDREW SAUL, <br>Commissioner of Social Security, <br><br>    Defendant. | Case No.: 2:19-cv-01654-KJN <br><br>STIPULATION AND ORDER FOR THE AWARD OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Sarath Suon be awarded attorney fees and expenses in the amount of five thousand, four hundred and seventy seven dollars and seventy cents ($5,477.70) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

    After the Court issues an order for EAJA fees to Sarath Suon, the government will consider the matter of Sarath Suon's assignment of EAJA fees

to Jared Thomas Walker, Esq.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Sarath Suon, but if the Department of the Treasury determines that Sarath Suon does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Jared Thomas Walker, Esq., pursuant to the assignment executed by Sarath Suon.  Any payments made shall be delivered to Jared Thomas Walker, Esq.

This stipulation constitutes a compromise settlement of Sarath Suon's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Sarath Suon and/or Jared Thomas Walker, Esq. including Law Office of Jared T. Walker, PC may have relating to EAJA attorney fees in connection with this action.

///

///

///

This award is without prejudice to the rights of Jared Thomas Walker, Esq. and/or Law Office of Jared T. Walker, PC to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

The parties request that in light of this stipulation, Plaintiff's Motion for Attorney's Fees filed on September 21, 2020, Doc. 22, be denied as moot.

Respectfully submitted,

Dated:  September 29, 2020          /s/ *Jared Thomas Walker* *
                                    (*as authorized via e-mail on  September 29, 2020)
                                    **Jared Thomas Walker**
                                    Attorney for Plaintiff

Dated: September 29, 2020           McGREGOR W. SCOTT
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                           By:      s/ S. *Wyeth McAdam*
                                    S. WYETH McADAM
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

## ORDER

Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $5,477.70 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

Dated:  September 30, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

suon.1654